# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KELLER,<br><br>    Petitioner,<br><br>v.<br><br>CONNIE GIBSON,<br><br>    Respondent. | Case No. CV 14-2331 MRW<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1     IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.

DATE: __11/5/14_____     _____
                                                        HON. R. GARY KLAUSNER
                                                        UNITED STATES DISTRICT JUDGE