# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOHN KELLER,

    Petitioner,

v.

CONNIE GIBSON,

    Respondent.

Case No. CV 14-2331 MRW

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: ___11/5/14_____    _____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE